UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KAREN WYRES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 3:12-CV-740-JTM-CAN |
| ) | |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC., aka NEW ENGLAND ) | |
| COMPOUNDING CENTER, BARRY ) | |
| CADDEN, LISA CADDEN and ) | |
| GREGORY CONIGLIARO, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB. Pursuant to 11 U.S.C. § 362(a), all actions against NECC are stayed.

LEWIS WAGNER LLP

By: */s/ Dina M. Cox*
DINA M. COX, #18590-49
KAMEELAH SHAHEED-DIALLO, #28058-49
ROBERT M. BAKER IV, #25471-49
*Attorneys for Defendant, New England
Compounding Pharmacy, Inc.*

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on December 27, 2012 using the CM/ECF system which sent notification of this filing to the following:

Edmond W. Foley
1002 E Jefferson Blvd
South Bend IN  46617

                                            */s/ Dina M. Cox*
                                            DINA M. COX

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-6150
Telephone:    (317) 237-0500
Facsimile:    (317) 630-2790
dcox@lewiswagner.com
Q:\NECC\6 - Wyres\Federal Court Pleadings\Notice of Stay_Bankruptcy.doc