UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KAREN WYRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 3:12-cv-740-JTM-CAN |
| | ) |
| NEW ENGLAND COMPOUNDING | ) |
| PHARMACY, INC. aka NEW ENGLAND | ) |
| COMPOUNDING CENTER; BARRY | ) |
| CADDEN; LISA CADDEN; and | ) |
| GREG CONIGLIARO, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

The Court, having reviewed Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and being duly advised in the premises, hereby GRANTS Defendants' Motion. Defendants are hereby granted an extension up to an including February 21, 2013 to respond to Plaintiff's Complaint.

**SO ORDERED.**

Dated January 10, 2013.

                                                           s/Christopher A. Nuechterlein
                                                           Christopher A. Nuechterlein
                                                           United States Magistrate Judge