**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| KAREN WYRES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.:  3:12-cv-740-JTM-CAN |
| | ) | |
| NEW ENGLAND COMPOUNDING | ) | |
| PHARMACY, INC., aka NEW ENGLAND | ) | |
| COMPOUNDING CENTER, BARRY | ) | |
| CADDEN, LISA CADDEN and | ) | |
| GREGORY CONIGLIARO, | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to L.R. 6.1., Defendants Barry Cadden, Lisa Cadden and Greg Conigliaro ("Defendants"), by counsel, hereby move this Court for an extension of time to respond to Plaintiff's Complaint, up to and including April 22, 2013.  Defendants' Answer is currently due February 21, 2013.  Plaintiff's counsel has been consulted and has no objection to the requested extension.

WHEREFORE, Defendants, by counsel, pray for an Order allowing Defendants up to and including April 22, 2013 to respond to Plaintiff's Complaint, and for all other relief just and proper in the premises.

LEWIS WAGNER LLP


By:  /s/ Kameelah Shaheed-Diallo
　　　　　DINA M. COX, #18590-49
　　　　　KAMEELAH SHAHEED-DIALLO, #28058-49
　　　　　ROBERT M. BAKER IV, #25471-49
　　　　　JANELLE M. KILIES, #30708-49
　　　　　*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 14, 2013 using the CM/ECF system which sent notification of this filing to the following:

Edmond W. Foley
FOLEY & SMALL
1002 E Jefferson Blvd
South Bend IN  46617
*Counsel for Plaintiff*


　　　　　　　 /s/ Kameelah Shaheed-Diallo
　　　　　　　KAMEELAH SHAHEED-DIALLO


LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-6150
Telephone:     (317) 237-0500
Facsimile:     (317) 630-2790
kshaheed-diallo@lewiswagner.com
\\lwfilesrv\DOCS\NECC\6 - Wyres\Federal Court Pleadings\2nd_MET.doc