UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KAREN WYRES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.:   3:12-cv-740-JTM-CAN |
| ) | |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC., aka NEW ENGLAND ) | |
| COMPOUNDING CENTER, BARRY ) | |
| CADDEN, LISA CADDEN and ) | |
| GREGORY CONIGLIARO, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Court, having reviewed Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and being duly advised in the premises, hereby GRANTS Defendants' Motion.  Defendants are hereby granted an extension up to an including April 22, 2013 to respond to Plaintiff's Complaint.

SO ORDERED this 21st day of February, 2013.

                                         s/Christopher A. Nuechterlein
                                         Magistrate Judge, Christopher A. Nuechterlein
                                         U.S. Northern District Court

Distribution:

| | |
|---|---|
| Douglas D. Small | Dina M. Cox / Kameelah Shaheed-Diallo |
| Edmond W. Foley | Robert M. Baker IV / Janelle P. Kilies |
| FOLEY & SMALL | LEWIS WAGNER, LLP |
| 1002 E. Jefferson Blvd. | 501 Indiana Avenue, Suite 200 |
| South Bend, IN   46617 | Indianapolis, IN   46202 |